## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **FOR RELEASE** |
| vs. | ) | |
| | ) | |
| Dean Farron Foote, Jr., | ) | Case No. 1:21-cr-050 |
| | ) | |
| Defendant. | ) | |

Defendant is presently in Marshals Service custody at the Heart of America Correctional and Treatment Center in Rugby, North Dakota. On June 1, 2021, the parties filed a "Stipulation for Release." (Doc. No. 21). Defendant has secured a placement at the Good Road Recovery Center in Bismarck, North Dakota. He requests to be conditionally released so that he can participate in Good Road Recovery Center's inpatient treatment program. The United States has no objection.

The court **ADOPTS** the Stipulation for Release (Doc. No. 21). The United States Marshal shall transport defendant to the Good Road Recovery Center June 2, 2021. Upon arriving at the Good Road Recovery Center, defendant shall be released subject to the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as

       a positive test.

(4)    Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(5)    Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6)    Defendant shall reside at Good Road Recovery Center, fully participate in its programming, and comply with all of its rules and regulations. Upon his arrival, he shall contact Pretrial Services Officer Baily Kruger at (701) 530-2414.

(7)    Defendant shall sign all releases of information requested by the Pretrial Services Officer so that his progress and participation in treatment may be monitored.

(8)    Upon his discharge from the treatment program, defendant shall immediately report to the United States Marshal's office in Bismarck with the understanding that he shall be detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 2nd day of June, 2021.

                                          */s/ Clare R. Hochhalter*
                                          Clare R. Hochhalter, Magistrate Judge
                                          United States District Court